[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 11, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-16519
Non-Argument Calendar

_____

D. C. Docket No. 93-00221-CR-T-24-TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODNEY CORNELIUS BROWN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 11, 2009)

Before BLACK, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Rodney C. Brown in this appeal

from the district court's denial of Brown's motion to reduce his sentence under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of relief under § 3582(c)(2) is **AFFIRMED**.